# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133625

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERISURE INSURANCE COMPANY (as
designated by the State of Michigan Assigned
Claims Facility),
      Plaintiff-Appellee,

v

REGINALD COLEMAN,
      Defendant,

and

TITAN INSURANCE COMPANY,
      Defendant-Appellant.

SC: 133625
COA: 270948
Oakland CC: 05-068822-CK

_____/

On order of the Court, the application for leave to appeal the February 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

p0618